# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROSEMARY BROWN** | : | **CIVIL NO. 3:18CV0279(VLB)** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOETTE KATZ**, in her individual and | : | |
| official capacities; **CINDY BUTTERFIELD** | : | |
| in her individual and official capacities, | : | |
| **NICHOLAS HERMES**, in his individual and | : | |
| official capacities, and **EILEEN MEEHAN**, | : | |
| in her individual and official capacities; | : | |
| and **RAYMOND BAILEY**, in his individual | : | |
| and official capacities; **CAROLYN KOZAK**, | : | |
| in her individual and official capacities; | : | |
| and **SANDRA FAE BROWN-BREWTON**, | : | |
| in her individual and official capacities; and: | | |
| **STATE OF CONNECTICUT** | : | |
| *Defendants* | : | June 18, 2019 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, through counsel, and by stipulation do hereby agree to dismissal of the above-referenced case as to the Defendants, with prejudice. Each party shall pay its own costs and fees.

FOR THE PLAINTIFF,
ROSEMARY BROWN


BY: /s/ Todd Steigman
Todd Steigman, Esq.
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT  06103
Tel: (860) 246-2466
Fax: (860) 246-1794
Email: TSteigman@mpp.justice.com
Federal Bar #ct26875
HER ATTORNEY


DEFENDANTS


WILLIAM TONG
ATTORNEY GENERAL


BY:   /s/ Josephine S. Graff
Josephine S. Graff
Assistant Attorney General
Employment Rights Department
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5340
Fax.: (860) 808-5383
E-mail: Josephine.Graff@ct.gov
Federal Bar No. ct24009

## CERTIFICATION

I hereby certify that on June 18, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  */s/ Josephine S. Graff*
                                                  Josephine S. Graff (#ct24009)
                                                  Assistant Attorney General